■ DOUGLAS WATERBURY, Appellant, v SECURITY MUTUAL INSURANCE COMPANY, Respondent, et al., Defendant. (Appeal No. 1.) [678 NYS2d 546] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Hurlbutt, J. (Appeal from Judgment of Supreme Court, Oswego County, Hurlbutt, J.—Damages.) Present—Denman, P. J., Green, Pigott, Jr., Callahan and Boehm, JJ.

■ DOUGLAS WATERBURY, Appellant, v SECURITY MUTUAL INSURANCE COMPANY, Respondent, et al., Defendant. (Appeal No. 2.) [678 NYS2d 545] —Appeal unanimously dismissed without costs (*see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *see also, Chase Manhattan Bank v Roberts & Roberts,* 63 AD2d 566, 567; CPLR 5501 [a] [1]). (Appeal from Order of

Supreme Court, Oswego County, Hurlbutt, J.—Summary Judgment.) Present—Denman, P. J., Green, Pigott, Jr., Callahan and Boehm, JJ.